IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NUKOL BAILEY and MARK DANIELS,**        **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated**

vs.                    No. 4:20-cv-1058-KGB

**CARE ABOVE ALL CARE, INC.**          **DEFENDANTS**
**and LEANNA GODLEY**

### JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND STAY OF UPCOMING DEADLINES

COME NOW Plaintiffs Nukol Bailey and Mark Daniels, individually and on behalf of all others similarly situated, and Defendants Care Above All Care, Inc. and Leanna Godley, by and through their undersigned counsel, and for their Joint Request for Referral to Magistrate Judge for Settlement Conference and Stay of Upcoming Deadlines, do hereby state as follows:

1. Plaintiffs filed their Motion for Conditional Certification, for Approval and Distribution of Notice, and for Disclosure of Contact Information ("Plaintiffs' Certification Motion") on April 9, 2021. See ECF Doc. 12.

2. In order to pursue settlement, the parties jointly requested on May 14, 2021, that the Court stay briefing on Plaintiffs' Certification Motion. See ECF Doc. 19. The Court granted the parties' joint motion to stay briefing. ECF Doc. 20.

3. The parties filed Joint Status Reports and Motions for Extension of Stay on July 13, 2021 and October 6, 2021, stating that the parties were continuing to diligently and

Page 1 of 3
Nukol Bailey, et al. v. Care Above All Care, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-1058-KGB
Joint Request for Referral to Magistrate Judge for Settlement
Conference and Stay of Upcoming Deadlines

in good faith pursue settlement and requesting an extension of the stay on briefing to continue settlement negotiations. See ECF Docs. 21–22. The Court granted the parties' Motion for Extension of Stay (ECF Doc. 22) and extended the stay up to and including November 5, 2021. ECF No. 24.

4. During the stay, the parties have continued to engage in settlement discussions and informal discovery, but have yet to reach an agreement.

5. Due to some deadlines having expired in the interim and other deadlines still upcoming, the Parties believe an Amended Scheduling Order may be appropriate.

6. However, the Parties have conferred through counsel and believe that they would benefit most from first engaging in a settlement conference in this matter. Therefore, the Parties respectfully request that the Court refer this case to a Magistrate Judge for a settlement conference to be held at the Court's earliest convenience.

7. Trial is currently scheduled for the week of December 6, 2021. For this reason, the Parties request the Court stay all upcoming deadlines pending the outcome of the Magistrate Judge Settlement Conference. Should the settlement conference prove unfruitful, the Parties would request the Court issue an Amended Scheduling Order at that time.

8. The Parties' request is not for the purpose of delay or any other improper purpose.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Request for a Settlement Conference as set forth herein.

**Page 2 of 3**
**Nukol Bailey, et al. v. Care Above All Care, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:20-cv-1058-KGB**
**Joint Request for Referral to Magistrate Judge for Settlement**
**Conference and Stay of Upcoming Deadlines**

Respectfully submitted,

**PLAINTIFFS NUKOL BAILEY and MARK DANIELS, Each Individually and on Behalf of All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and  **DEFENDANTS CARE ABOVE ALL CARE, INC. and LEANNA GODLEY**

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
Fax: (501) 376-9442

*/s/ Jane A. Kim*
David L. Jones
Ark. Bar No. 2002128
djones@wlj.com

Jane A. Kim
Ark. Bar No. 2007160
jkim@wlj.com

Daveante Jones
Arkansas Bar No. 2016163
dljones@wlj.com

**Page 3 of 3**
**Nukol Bailey, et al. v. Care Above All Care, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:20-cv-1058-KGB**
**Joint Request for Referral to Magistrate Judge for Settlement Conference and Stay of Upcoming Deadlines**