**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**NUKOL BAILEY and MARK DANIELS,** **PLAINTIFFS**
each individually and on behalf of all others
similarly situated

v. Case No. 4:20-cv-1058-KGB

**CARE ABOVE ALL CARE, INC. and** **DEFENDANTS**
**LEANNA GODLEY**

## ORDER

Before the Court is the parties' joint motion for referral to magistrate judge for settlement conference and stay of upcoming deadlines (Dkt. No. 25). The parties request that this Court refer the action to a United States Magistrate Judge for a settlement conference, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.1(VII)(A) (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court refers this matter to United States Magistrate Judge Jerome Kearney to schedule and conduct a settlement conference between the parties.

Additionally, the Court stays all deadlines pending the outcome of the above-ordered settlement conference (*Id.*). The Clerk of Court is ordered to remove the December 6, 2021, trial date from the Court's calendar. Once the outcome of the settlement conference is determined, the Court will issue an amended final scheduling order setting a new trial date and other necessary pretrial deadlines.

It is so ordered this 9th day of November, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge