## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**NUKOL BAILEY and MARK DANIELS,**                                                **PLAINTIFFS**
**each individually and on behalf of all others**
**similarly situated**

**v.**                                            **Case No. 4:20-cv-1058-KGB**

**CARE ABOVE ALL CARE, INC. and**                                               **DEFENDANTS**
**LEANNA GODLEY**

### ORDER

Before the Court is the parties' joint stipulation of dismissal of plaintiffs' liability claims with prejudice (Dkt. No. 31).  The parties represent that they have reached an agreement to settle this case and request that it be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*Id.*).  Specifically, the parties "stipulate to the dismissal with prejudice of [p]laintiffs' unpaid wage claims only, including [p]laintiffs' claims for liquidated damages" (*Id.*, ¶ 5).  Moreover, the parties note that the "agreement does not purport to resolve any claims on behalf of any class, and both [p]laintiffs have signed the settlement agreement individually" (*Id.*, ¶ 4).  Lastly, the parties explain that they agree that plaintiffs' counsel is entitled to "reasonable attorney's fee[s] and costs," and if the parties are unable "to reach an agreement as to costs and a reasonable fee, [p]laintiffs will submit a petition for an award of attorneys' fees and costs within 30 days of the filing of [the] [j]oint [s]tipulation" (*Id.*, ¶¶ 6–7).

As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal and dismisses with prejudice this case (Dkt. No. 31).  The Court also denies as moot plaintiffs Nukol Bailey and Mark Daniels's motion for conditional certification, for approval and distribution of notice and for disclosure of contact information (Dkt. No. 12).  Lastly, the Court has received Ms. Bailey and Mr. Daniels's motion

for costs and attorneys' fees (Dkt. No. 32).  This motion is ripe and remains under advisement

(*Id.*).

It is so ordered this 7th day of December, 2022.

_____
Kristine G. Baker
United States District Judge