IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NUKOL BAILEY AND MARK DANIELS,
Each Individually and on Behalf of
All Others Similarly Situated                                                               PLAINTIFFS

VS.                             CASE NO. 4:20-CV-1058-KGB

CARE ABOVE ALL CARE, INC. and
LEANNA GODLEY                                                                              DEFENDANTS

## NOTICE OF APPEAL

Defendants Care Above All Care, Inc. and Leanna Godley appeal to the United States Court of Appeals for the Eighth Circuit from this Court's order granting in part, and denying in part, plaintiffs' motion for attorneys' fees and costs (ECF Doc. 39) entered on January 26, 2026.

    Respectfully submitted,

    David L. Jones (2002128)
    Jane A. Kim (2007160)
    Daveante Jones (2016163)
    WRIGHT, LINDSEY & JENNINGS LLP
    200 West Capitol Avenue, Suite 2300
    Little Rock, Arkansas 72201-3699
    (501) 371-0808
    FAX: (501) 376-9442
    E-MAIL: djones@wlj.com
             jkim@wlj.com
             dljones@wlj.com

    *Attorneys for Defendants*