# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

4:20-cv-01058-KGB                    February 26, 2026

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 26, 2026
Tammy H. Downs, Clerk
By: LauraBeatty D.C.
DEP CLERK

Daveante Jones
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR 72201-3699

RE: 26-1345 Nukol Bailey, et al v. Care Above All Care, Inc., et al

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    This court notes the docketing fee is pending. Please pay the $605 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

  The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

  Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

  If you have any questions about the schedule or procedures for the case, please contact our office.

                 Susan E. Bindler
                 Clerk of Court

CJO

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Arkansas
   Jane A Kim
   Josh Sanford

  District Court/Agency Case Number(s): 4:20-cv-01058-KGB

**Caption For Case Number:   26-1345**

Nukol Bailey, Individually and on Behalf of All Others Similarly Situated; Mark Daniels, Individually and on Behalf of All Others Similarly Situated

   Plaintiffs - Appellees

v.

Care Above All Care, Inc.; Leanna Godley

   Defendants - Appellants

**Addresses For Case Participants:   26-1345**

Daveante Jones
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Jane A Kim
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Josh Sanford
SANFORD LAW FIRM
Kirkpatrick Plaza, Suite 510
10800 Financial Centre Parkway
Little Rock, AR  72211

## UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.   26-1345   Nukol Bailey, et al v. Care Above All Care, Inc., et al

Date:        February 26, 2026

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

### GENERAL INFORMATION

   The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

   The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

   The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . **14 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/07/2026**
   **( Care Above All Care, Inc. and Leanna Godley )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/07/2026**
   **( Care Above All Care, Inc. and Leanna Godley )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                      **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues**
                                      **the Notice of Docket Activity filing the brief.**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE